BY FAX

1  AKIN GUMP STRAUSS HAUER & FELD LLP
   CATHERINE A. CONWAY (SBN 98366)
2  GREGORY W. KNOPP (SBN 237615)
   GARY M. McLAUGHLIN (SBN 217832)
3  cconway@akingump.com
   gknopp@akingump.com
4  gmclaughlin@akingump.com
   2029 Century Park East, Suite 2400
5  Los Angeles, California 90067-3012
   Telephone:  310-229-1000
6  Facsimile:  310-229-1001

7  Attorneys for Defendant Michaels Stores, Inc.

FILED
2011 AUG -9  P 3: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11 3908

ANITA C. RAGANO, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

MICHAELS STORES, INC., and DOES 1 through 100, inclusive,

        Defendants.

Case No.

**DEFENDANT MICHAELS STORES, INC.'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[Notice of Removal and Supporting Declarations, Civil Cover Sheet, and Notice of Related Cases Filed Concurrently Herewith]

**(SUPERIOR COURT OF CALIFORNIA, SAN MATEO COUNTY SUPERIOR COURT CASE NO. CIV 506818)**

201283872

DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
2 | THE NORTHERN DISTRICT OF CALIFORNIA:

3     **PLEASE TAKE NOTICE** that pursuant to Local Rule 3-16, by and through its attorneys' of record, defendant Michaels Stores, Inc. certifies that as of this date, other than the named parties, no interested entities or persons exist as defined in Local Rule 3-16(b)(1).

Dated: August 9, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Gregory W. Knopp
Attorneys for Defendant Michaels Stores, Inc.

---

DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On August 9, 2011, I served the foregoing document(s) described as: **DEFENDANT MICHAELS STORES, INC.'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested party(ies) below, using the following means:

Scott E. Cole, Esq.
Hannah R. Salassi, Esq.
Stephen N. Ilg, Esq.
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612

☒ **BY PERSONAL SERVICE** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ **BY MESSENGER SERVICE** I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 9, 2011 at Los Angeles, California.

Lana Linnet Turner
[Print Name of Person Executing Proof]                    [Signature]