1   Scott Edward Cole, Esq. (S.B. # 160744)
    Hannah R. Salassi, Esq. (S.B. # 230117)
2   **SCOTT COLE & ASSOCIATES, APC**
    1970 Broadway, Ninth Floor
3   Oakland, California 94612
    Telephone: (510) 891-9800
4   Facsimile:  (510) 891-7030
    Email:   scole@scalaw.com
5   Email:   hsalassi@scalaw.com
    Web:    www.scalaw.com
6
    Attorneys for Representative Plaintiff
7   and the Plaintiff Class

8

9   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    CAHTERINE A. CONWAY (SBN 98366)
10  GREGORY W. KNOPP (SBN 237615)
    GARY M. MCLAUGHLIN (SBN 217832)
11  cconway@akingump.com
    gknopp@akingump.com
12  gmmclaughlin@akingump.com
    2029 Century Park East, Suite 2400
13  Los Angeles, Caifornia 90067-3012
    Telephone:    310-229-1000
14  Facsimile:    310-229-1001

15  Attorneys for Defendant
    Michaels Stores, Inc.

16

17                  **UNITED STATES DISTRICT COURT**

18          **NOTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

19

20  ANITA C. RAGANO, TERI          )  **Case No. CV 11-3908 LB**
    MCDONALD, individually, and on  )
21  behalf of all others similarly situated,  )  **CLASS ACTION**
                                     )
22                  Plaintiffs,      )  **ORDER GRANTING LEAVE TO FILE**
                                     )  **SECOND AMENDED COMPLAINT**
23  vs.                              )
                                     )
24  MICHAELS STORES, INC.,           )
    and DOES 1 through 100, inclusive,  )
25                                   )
                    Defendants.      )
26  _____  )

27

28

*(left margin, vertical text)* SCOTT COLE & ASSOCIATES, APC / ATTORNEYS AT LAW / THE WACHOVIA TOWER / 1970 BROADWAY, NINTH FLOOR / OAKLAND, CA 94612 / TEL. (510) 891-9800

1   Representative Plaintiffs Anita Ragano and Teri McDonald ("Plaintiffs"),

2   individually, and on behalf of all others similarly situated, and defendant Michaels Stores, Inc.

3   ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as

4   follows:

5       **IT IS STIPULATED AND AGREED,** by and between the parties through their respective

6   attorneys of record and subject to the approval of the Court, to permit the filing of Plaintiffs' Second

7   Amended Complaint to allege a claim under the Private Attorneys General Act.

8       **IT IS FURTHER STIPULATED AND AGREED**, by and between the parties through

9   their respective attorneys of record and subject to the approval of the Court, that the proposed

10  Second Amended Complaint in the form attached hereto as Exhibit "A" shall be deemed filed upon

11  this Court's entry of the [Proposed] Order attached hereto.

12

13  **IT IS SO STIPULATED.**

14  Dated: November _____, 2011                    **SCOTT COLE & ASSOCIATES, APC**

15

16                                By:    /s/ Hannah R. Salassi
                                         Hannah R. Salassi, Esq.

17                                       Attorneys for the Representative Plaintiffs
                                         and the Plaintiff Class

18  Dated: November ___, 2011

19                                             **AKIN GUMP STRAUSS HAUER & FELD LLP**

20                                By:    /s/ Gary McLaughlin
                                         Gary McLaughlin, Esq.

21                                       Attorneys for Defendant Michaels Stores, Inc.

22

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

<div align="center">

**ORDER**

</div>

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

Leave is hereby Granted for Plaintiffs to file their Second Amended Complaint upon entry of this order.

**IT IS SO ORDERED.**

Dated:   December 2, 2011

_____

Honorable Charles Breyer
United States Distri

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<div style="writing-mode: vertical">

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

</div>