1  Scott Edward Cole, Esq. (S.B. # 160744)
   Hannah R. Salassi, Esq. (S.B. # 230117)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Email:   scole@scalaw.com
5  Email:   hsalassi@scalaw.com
   Web:     www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Class

8

9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   GREGORY W. KNOPP (SBN 237615)
10 GARY M. MCLAUGHLIN (SBN 217832)
   cconway@akingump.com
11 gknopp@akingump.com
   gmmclaughlin@akingump.com
12 2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
13 Telephone:    310-229-1000
   Facsimile:    310-229-1001
14
   Attorneys for Defendant
15 Michaels Stores, Inc.

16
                    **UNITED STATES DISTRICT COURT**
17
          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
18

19
   ANITA C. RAGANO, TERI              )  **Case No. CV 11-3908 CRB**
20 MCDONALD, individually, and on     )
   behalf of all others similarly situated, )  **CLASS ACTION**
21                                     )
                      Plaintiffs,      )  **JOINT STIPULATION AND [~~PROPOSED~~**
22                                     )  **ORDER] TO CONTINUE FURTHER CASE**
   vs.                                 )  **MANAGEMENT CONFERENCE**
23                                     )
   MICHAELS STORES, INC.,              )
24 and DOES 1 through 100, inclusive,  )
                                       )
25                    Defendants.      )
26 _____   )

27

28

*(left margin, vertical text)* SCOTT COLE & ASSOCIATES, APC / ATTORNEYS AT LAW / THE WACHOVIA TOWER / 1970 BROADWAY, NINTH FLOOR / OAKLAND, CA 94612 / TEL: (510) 891-9800

---

1    Representative Plaintiffs Anita Ragano and Teri McDonald ("Plaintiffs"),

2    individually, and on behalf of all others similarly situated, and defendant Michaels Stores, Inc.

3    ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that

4    the Court continue the case management conference scheduled for August 10, 2012 to August 24,

5    2012.

6    The parties' Request is made on the following grounds:

7    1.    On August 7, 2012, the parties conducted a mediation and have entered into

8    settlement negotiations.

9    2.    The parties are currently still in negotiations regarding the terms and conditions of a

10   potential settlement, and would like to update the Court with the outcome of those negotiations,

11   which may not be complete in advance of the current case management conference date.

12   3.    Accordingly the parties respectfully request that the Court enter the Order jointly

13   proposed by the parties.

14

15   **IT IS SO STIPULATED.**

16   Dated: August 9, 2012                          **SCOTT COLE & ASSOCIATES, APC**

17

18                                    By:    /s/ Hannah R. Salassi
                                             Hannah R. Salassi, Esq.
19                                           Attorneys for the Representative Plaintiffs
                                             and the Plaintiff Class

20

21   Dated: August 9, 2012

22                                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**

23                                    By:    /s/ Gary McLaughlin
                                             Gary McLaughlin, Esq.
24                                           Attorneys for Defendant Michaels Stores, Inc.

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

1     ~~[PROPOSED]~~ ORDER

2           **UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION**

3     **BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:** The August 10,

4     2012 Case Management Conference is hereby continued to August 24, 2012 at 8:30 a.m.

5

6     **IT IS SO ORDERED.**

7

8     Dated: __ August 9, 2012 _____

9     _____
      Honorable
10    United Stat

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

---

JOINT STIPULATION AND [PROPOSED ORDER] TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE