**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
JEREMY F. BOLLINGER (SBN 240132)
gknopp@akingump.com
gmclaughlin@akingump.com
jbollinger@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001

Attorneys for Defendant Michaels Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA C. RAGANO, TERI McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAELS STORES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 11-3908 CRB<br><br>**DEFENDANT MICHAELS STORES, INC.'S REQUEST FOR GARY M. MCLAUGHLIN TO APPEAR BY TELEPHONE AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br><u>Further Case Management Conference</u><br><br>Date: August 24, 2012<br>Time: 8:30 a.m.<br>Judge: Charles R. Breyer<br>Ctrm: Courtroom 6, 17th Floor |

CASE NO.  CV 11-3908 CRB

DEFENDANT MICHAELS STORES, INC.'S REQUEST FOR GARY M. MCLAUGHLIN TO APPEAR BY TELEPHONE AT THE FURTHER CASE MANAGEMENT CONFERENCE

203072312

1     Per Local Rule 16-10 and the Court's Order Setting Further Case Management
2 Conference, Defendant Michaels Stores, Inc. ("Michaels"), hereby requests permission
3 for its counsel, Gary McLaughlin, to appear telephonically at the Further Case
4 Management Conference on August 24, 2012. The grounds for this request are that
5 counsel for Michaels reside and work in Los Angeles, and therefore would need to
6 travel to San Francisco to appear at the Case Management Conference. Also, given the
7 8:30 a.m. time of the Case Management Conference, counsel may need to travel to San
8 Francisco the day before and spend the night on August 23, 2012. The parties have
9 recently reached a settlement of the case, and will update the Court on the settlement at
10 the Further Case Management Conference.

Dated: August 20, 2012                AKIN GUMP STRAUSS HAUER &
                                                      FELD LLP

                                         By      */s/ Gary M. McLaughlin*
                                                         Gary M. McLaughlin
                                                        Attorneys for Defendant
                                                        Michaels Stores, Inc.

---

1                                         CASE NO. CV 11-3908 CRB
DEFENDANT MICHAELS STORES, INC.'S REQUEST FOR GARY M. MCLAUGHLIN TO APPEAR BY
TELEPHONE AT THE FURTHER CASE MANAGEMENT CONFERENCE

203072312

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On August 20, 2012, I served the foregoing document(s) described as: **DEFENDANT MICHAELS STORES, INC.'S REQUEST FOR COUNSEL TO APPEAR BY TELEPHONE AT THE FURTHER CASE MANAGEMENT CONFERENCE** on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2012 at Los Angeles, California.

Robin-lyn Mendick
Printed Name                              [Signature]

2                                         CASE NO. CV 11-3908 CRB
PROOF OF SERVICE

203072312