Scott Edward Cole, Esq. (S.B. # 160744)
Hannah R. Salassi, Esq. (S.B. # 230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: hsalassi@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
gknopp@akingump.com
gmmclaughlin@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant
Michaels Stores, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANITA C. RAGANO, TERI MCDONALD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAELS STORES, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 11-3908 CRB<br><br>**CLASS** **ACTION**<br><br>**JOINT STIPULATION TO CONTINUE PRELIMINARY APPROVAL HEARING** |

      Representative Plaintiffs Anita Ragano and Teri McDonald ("Plaintiffs"), individually, and on behalf of all others similarly situated, and defendant Michaels Stores, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Court continue the preliminary approval hearing scheduled for October 12, 2012 to October 26, 2012.

      The parties' Request is made on the following grounds:

1. On August 7, 2012, the parties conducted a mediation and have entered into settlement negotiations.

2. The parties are currently resolving final details of the settlement agreement, and need additional time to do so prior to filing a motion for preliminary approval.

3. Accordingly, the parties respectfully request that the Court enter the Order jointly proposed by the parties.

**IT IS SO STIPULATED.**

Dated: September 27, 2012          **SCOTT COLE & ASSOCIATES, APC**

By:  /s/ Hannah R. Salassi
       Hannah R. Salassi, Esq.
       Attorneys for the Representative Plaintiffs
       and the Plaintiff Class

Dated: September 27, 2012          **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  /s/ Gary McLaughlin
       Gary McLaughlin, Esq.
       Attorneys for Defendant Michaels Stores, Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

# [~~PROPOSED~~] ORDER

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION BETWEEN THE PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:** The October 12, 2012 Preliminary Approval Hearing is hereby continued to October 26, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 28, 2012

Honorable Charles Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800