DAVID J. GALLO *(California Bar No. 127722)*
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014
Telephone: (858) 509-3652
Facsimile: (858) 509-3717
E-mail: djgsan@aol.com

Attorney for Objectors,
P. REA, S. SADLOWSKI,
A. SARABIA, D. SPERLINE,
and ROES 1 through 10, individually,
and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA C. RAGANO, *et al., etc.,*<br><br>　　Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　Defendants. | Civil Action Number:<br><br>**11-cv-03908 CRB**<br><br>**CLASS ACTION**<br><br>**OBJECTORS' MOTION FOR ADMINISTRATIVE RELIEF RE: FINAL FAIRNESS HEARING [L.R. 7-11.]**<br><br>Hearing date:　　[*No hearing required.*]<br>Hearing time:　　[*No hearing required.*]<br>Dept.:　　Courtroom 6 – 17th Floor<br>Judge:　　HON. CHARLES BREYER |

**OBJECTORS' MOTION FOR ADMINISTRATIVE RELIEF RE: FINAL FAIRNESS HEARING [Civil L.R. 7-11.]**
　　　　　　　　　　　　　　Page 1　　　Case No.: 11-cv-03908 CRB

This Motion for Administrative Relief Re: Final Fairness Hearing is filed on behalf of Objectors, Mr. P. Rea, Ms. S. Sadlowski, Ms. A. Sarabia, and Mr. D. Sperline, pursuant to Civil L.R. 7-11:

**Action Requested:** Entry of an order confirming that Objectors' Objection will be heard at the Final Fairness Hearing on 5 April 2013, and granting Objectors' counsel leave to appear telephonically.

**Reasons Supporting the Motion:** On 26 October 2012, this Court entered an order granting preliminary approval of a proposed class-action settlement, and setting a final fairness hearing for 1 March 2013. (*See, ex rel.,* Preliminary Approval Order, at 3:22, Document 54.) This Court granted the Class Representatives until 15 February 2013 to file their Motion for Final Approval. (*See, ex rel.,* Preliminary Approval Order, at 3:23-27, Document 54.)

Objectors timely filed their Objection to the proposed settlement on 18 December 2012. (*See,* Document 57.) The cover page of the Objection indicates that it is to be heard on 1 March 2013, which is the date originally set for the final fairness hearing.

The Class Representatives timely filed their Motion for Final Approval on 15 February 2013. Shortly thereafter, this Court, *sua sponte,* continued the final fairness hearing to 4 April 2013. (*See, ex rel.,* Clerk's Notice of 19 February 2013.) While it is assumed that this Court also intended to continue the Objection proceedings, the Clerk's Notice does not expressly so state.

Objectors' undersigned counsel will be traveling out of state on Friday, 5 April 2013. (*See,* accompanying Gallo Declaration.) Because Objectors' undersigned counsel could not have anticipated that the final fairness hearing would be reset to that

**OBJECTORS' MOTION FOR ADMINISTRATIVE RELIEF RE: FINAL FAIRNESS HEARING [Civil L.R. 7-11.]**
                        Page 2         Case No.: 11-cv-03908 CRB

date, Objectors' undersigned counsel is hopeful that this Court would permit him to attend telephonically. The alternative would be to send another attorney in his place.

**Reasons a Stipulation Could Not be Obtained:** No stipulation could be obtained because the Class Representatives' counsel declined to stipulate unless Objectors were to agree to the Class Representatives' proffered position on the merits of the Objection. (*See,* Gallo Declaration, and e-mail attached thereto.)

## CONCLUSION

WHEREFORE, Objectors request that this Court enter an order: (a) clarifying whether Objectors' Objection will be heard on 1 March, or on 5 April; and (b) granting Objectors' counsel leave to appear telephonically on 5 April (and specifying the call-in method to be employed).

Dated: 20 February 2013          Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652

    /s/ David J. Gallo
By: David J. Gallo,
California Bar No. 127722
Attorneys for Objectors, P. REA, S. SADLOWSKI, A. SARABIA, D. SPERLINE, and ROES 1 through 10, individually, and on behalf of all others similarly situated

[MOT_ADMIN_RELIEF.wpd]

**OBJECTORS' MOTION FOR ADMINISTRATIVE RELIEF RE: FINAL FAIRNESS HEARING [Civil L.R. 7-11.]**
                      **Page 3**          **Case No.: 11-cv-03908 CRB**

## CERTIFICATE OF ELECTRONIC SERVICE

I, DAVID J. GALLO, hereby certify that, upon electronic filing hereof, I have effected electronic service of the preceding document upon all parties who have appeared in the above-captioned civil action, in the manner authorized by L.R. 5-1(h), Local Rules of the United States District Court for the Northern District of California.

                /s/ David J. Gallo
                DAVID J. GALLO

[MOT_ADMIN_RELIEF.wpd]