**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
gknopp@akingump.com
gmclaughlin@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendant Michaels Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANITA C. RAGANO, TERI McDONALD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MICHAELS STORES, INC., and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.  CV 11-3908 CRB<br><br>**DEFENDANT MICHAELS STORES, INC.'S ADMINISTRATIVE MOTION FOR GARY M. MCLAUGHLIN TO APPEAR BY TELEPHONE AT THE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  April 12, 2013<br>Time:  10:00 a.m.<br>Ctrm:  6, 17th Floor<br><br>Date of Removal: August 9, 2011 |

---

DEFENDANT MICHAELS STORES, INC.'S ADMINISTRATIVE MOTION FOR GARY M. MCLAUGHLIN TO APPEAR BY TELEPHONE AT THE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

203518730 v1

Per Local Rule 7-11, Defendant Michaels Stores, Inc. ("Michaels"), hereby submits this Motion for Administrative Relief and requests permission for it counsel, Gary M. McLaughlin, to appear telephonically at the April 12, 2013 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement. The grounds for this request are that counsel for Michaels reside and work in Los Angeles, and therefore would need to travel to San Francisco to appear at the hearing. Also, given the 10:00 a.m. time of the hearing, counsel may need to travel to San Francisco the day before and spend the night on April 11, 2013. Plaintiffs' counsel has no objection to Michaels' counsel appearing by telephone.

Dated: April 9, 2013

AKIN GUMP STRAUSS HAUER & FELD LLP

By  /s/ *Gary M. McLaughlin*
Gary M. McLaughlin
Attorneys for Defendant
Michaels Stores, Inc.

---

1                                                                    Case No. CV 11-3908 CRB

DEFENDANT MICHAELS STORES, INC.'S ADMINISTRATIVE MOTION FOR GARY M. MCLAUGHLIN TO APPEAR BY TELEPHONE AT THE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

203518730 v1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On April 9, 2013, I served the foregoing document(s) described as: **DEFENDANT MICHAELS STORES, INC.'S ADMINISTRATIVE MOTION FOR GARY M. MCLAUGHLIN TO APPEAR BY TELEPHONE AT THE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; DECLARATION OF GARY M. MCLAUGHLIN IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION; PROPOSED ORDER** on the interested party(ies) below, using the following means:

> **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 9, 2013 at Los Angeles, California.

Carmen M. Ayala
Printed Name

[Signature]

Case No. CV 11-3908 CRB

PROOF OF SERVICE

203518730 v1